[No. 55391-7-I.   Division One.   January 29, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MACK COLQUITT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-12112-1, Richard McDermott, J., entered December 6, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55871-4-I.   Division One.   January 29, 2007.]

THE STATE OF WASHINGTON, *Appellant*, v. SAMUEL RYAN, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 02-1-10297-9, Michael Heavey, J., entered February 14 and March 8, 2005. *Reversed* and *remanded* by unpublished opinion per Ellington, J., concurred in by Agid and Cox, JJ.

[No. 56048-4-I.   Division One.   January 29, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. HIEN VI TU, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-06709-8, Linda Lau, J., entered March 14, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56117-1-I.   Division One.   January 29, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB JUSTIN GAMET, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-00844-0, Gregory P. Canova, J., entered April 27, 2005. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Ellington, JJ.